UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA ANN ROBINSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YAKAMA INDIAN NATION and CODE OF ETHICS,<br><br>　　　　　　　　Defendants. | NO: 1:16-CV-3053-RMP<br><br>ORDER DISMISSING COMPLAINT |

By Order filed April 14, 2016, the Court advised Plaintiff of the deficiencies of her complaint and directed her to amend or voluntarily dismiss within sixty (60) days, ECF No. 5. Specifically, Plaintiff had failed to properly identify the Yakama Indian Nation as a defendant or to present facts supporting a cause of action under 42 U.S.C. § 1981. Plaintiff is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

The Court had cautioned Plaintiff that if she failed to amend as directed or to voluntarily dismiss, the complaint would be dismissed for failure to state a claim upon which relief may be granted, which may adversely affect Plaintiff's future

ORDER DISMISSING COMPLAINT -- 1

ability to proceed *in forma pauperis*.  Plaintiff did not comply with the Court's directives and has filed nothing further in this action.

Therefore, for the reasons set forth above and in the Court's previous Order, ECF No. 5, **IT IS ORDERED** the Complaint, ECF No. 4, is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at her last known address, and close the file.  The Court certifies that any appeal of this dismissal would not be taken in good faith.

**DATED** this 16th day of June 2016.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge