AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CYNTHIA ANN ROBINSON,

_____ )
                    *Plaintiff*                      )
                       v.                            )        Civil Action No.   1:16-CV-3053-RMP
                                                     )
YAKAMA INDIAN NATION and CODE OF ETHICS,             )
_____ )

                    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The complaint is Dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Rosanna Malouf Peterson _____ the Complaint, ECF No. 4
       is DISMISSED.

Date:   June 16, 2016 _____

                                              *CLERK OF COURT*

                                              SEAN F. McAVOY _____

                                              s/ Virginia Reisenauer _____
                                                        *(By) Deputy Clerk*

                                              Virginia Reisenauer _____